AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**

NOV  5 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joshua Ray Johnson | ) Case No. **H15-1533M** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 12, 2015__ in the county of __Harris__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Juanae Johnson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/5/15

*Judge's signature*

City and state: Houston, Texas

John R. Froeschner, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Juanae J. Johnson, being duly sworn, depose and state:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) assigned to the Houston, Texas office. I have been so employed since August of 2004. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received specialized training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants many of which involved child exploitation and/or child pornography offenses. This Affidavit is made in support of a criminal complaint charging Joshua Ray JOHNSON with violations of Title 18 U.S.C. § 2251(a), any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual

depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

2. I am familiar with the information contained in this affidavit based upon the investigation I have conducted and based on my conversations with other law enforcement officers who have engaged in numerous investigations involving child sexual exploitation.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18 U.S.C. § 2251(a), et seq, have been committed by Joshua Ray JOHNSON DOB: 05/03/1981.

4. In October of 2015, SA Johnson received information from HSI Anchorage, Alaska, Special Agent Matthew Kimmel. According to the information received, an individual located at the aforementioned residence, utilizing the email account normamayfield8103@gmail.com, sent sexually explicit images of a toddler victim to an undercover email account.

5. On September 25, 2015, SA Kimmel's UC e-mail account received a reply from "Josh Johnson <normamayfield8103@gmail.com>." The email contained fourteen attached image files, all of which depicted the same prepubescent female, most of which were sexually explicit images of the toddler victim.

6. Three of the images sent in the email are described below; (a) and (b) meet the federal definition of child pornography and (c) is child erotica:

    a) 20150912_090123.jpg: This image file depicts a prepubescent female. SA Kimmel estimates the child to be approximately two (2) or three (3) years in age. The child is completely nude and sitting on a bed. Her legs are apart. Her left hand is on her positioned on her left upper thigh and

>   her right hand is positioned on her right upper thigh. This position exposes her genitals to the camera. Her genitals are the focal point of the picture.
>
>   b) 20150912_090256.jpg: This image file depicts the same toddler victim as in image 20150912_090123.jpg. The child is completely nude and sitting on a bed with her legs apart. Her right leg is raised in the air and both of her hands are positioned on her raised right leg. Her left leg is positioned on the bed. This position exposes her genitals to the camera. Her genitals are the focal point of the picture.
>
>   c) 20150912_121129.jpg: This image depicts what appears to be the same toddler victim pictured in 20150912_090123. The victim is depicted outside in a standing completely nude in a blue swimming pool. The pool is located in front of what appears to be a horse stable.

7. On October 02, 2015, SA Kimmel served a federal search warrant on the email account registered to Josh JOHNSON normamayfield8103@gmail.com. The results of the search warrant revealed several images of child pornography, as defined by federal statute, contained within the email account.

8. Also included in the search warrant return was the subscriber information listed below

   >   Name: Josh Johnson
   >   Email: normamayfield8103@gmail.com
   >   Status: Enabled
   >   Created on: 2015/06/01-23:59:46- UTC
   >   IP 70.196.81.3, on 2015/06/01-23:59:46-UTC
   >   Language Code:en_US
   >   SMS: 18303704668
   >   Google Account ID: 651808530280

9. SA Kimmel searched a publicly available database for the telephone

number (830) 370-4668. The results revealed that the phone number belongs to Joshua JOHNSON with one address listed Cypress, Texas.

10. On November 05, 2015, Special Agent Juanae Johnson and other members of the HSI Cyber Crimes Investigations group conducted a search warrant at that address in Cypress, Texas.

11. On that same day, SA Johnson and SA Snyder conducted an interview with Joshua JOHNSON. SA Johnson read JOHNSON his Miranda rights at which point he signed the Miranda form and chose to speak with the agents.

12. JOHNSON gave SA Johnson the telephone number (830)370-4668 and told agents that he accesses the internet with his Samsung Galaxy phone.

13. SA Johnson informed JOHNSON that they investigated crimes against children, and asked JOHNSON if he had any idea why they would be at his residence. JOHNSON responded by saying that "it would be me… it's been a very serious problem that I've had for a very long time…ever since I can remember I like looking at kids in the nude." He went on to say "I have weird fetishes… diaper fetishes." SA Johnson asked if he masturbated in the diapers. JOHNSON responded "sometimes".

14. JOHNSON stated that he currently uses the following email addresses: normacarol6506@gmail.com and jjfish80@yahoo.com and normamayfield8103@gmail.com.

15. JOHNSON stated that he views images of child pornography on WEBSITE A, where he had a profile, whose name was consistent with that of the victim, where he uploaded images of the victim. JOHNSON told SA Johnson that he took images of the victim in the pool with her diaper on and uploaded them to WEBSITE A.

16. JOHNSON confessed to possessing approximately 8-10 images of the victim. JOHNSON stated that he has never touched the victim and that he has other images of child pornography stored on his cell phone.

17. JOHNSON defines child pornography as "touching, molesting, and raping… girls…children." JOHNSON confessed to distributing and

receiving child pornography and that he knew it was illegal.

18. SA Johnson showed JOHNSON the child pornography images received by the undercover agent and JOHNSON confessed to taking these images of the victim and signed each one. JOHNSON explained that he took some of the images outside in the backyard and the others in his room on top of his (red, white and blue) blanket. He also confessed to distributing the images several times to "trade with other people to get more images."

19. JOHNSON stated that he likes images of "just a naked girl... straight naked, from the ages of three to eight or three to seven." SA Johnson asked what is sexually attractive to you about that. JOHNSON stated "just the purity...they are just cute."

20. During the execution of the search warrant, a forensic preview was conducted by Computer Forensic Agent Juan Avalos during the search warrant of the residence. CFA Avalos located more than five self-produced images of child pornography on JOHNSON'S Samsung cell phone. Two of these images, which meet the federal definition of child pornography, are described below:

> Image one: depicts a toddler female victim approximately 2-3 years of age, the victim is completely nude and sitting on a bed with her legs apart. Her right leg is raised in the air and both of her hands are positioned on her raised right leg. Her left leg is positioned on the bed. This position exposes her genitals to the camera. Her genitals are the focal point of the picture.

> Image two: depicts a toddler female victim approximately two to three years of age, lying on top of an open diaper with her vagina spread in a lewd and lascivious manner. Her vaginal area is the focal point of the image.

21. SA Johnson located the victim depicted in the child pornography images produced by JOHNSON. The victim was identified by one of her parents

as the child in the child pornography images produced by JOHNSON. The victim's date of birth of is 9/ /2013. She is currently 2 years of age.

22. Based on the information delineated above, I respectfully request that the Court find probable cause and issue a Criminal Complaint charging Joshua JOHNSON with violations of Title 18 U.S.C. § 2251(A).

Juanae J. Johnson
Special Agent, HSI

Sworn to before me on November 05, 2015, at 2:57 p.m. CDT in Houston, TX and I find probable cause.

Honorable John R. Froeschner
United States Magistrate Judge